February 12, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

G. CHRISTIAN CORCORAN AND PEGGY CORCORAN, Appellants

NO. 14-12-00983-CV                    V.

ATASCOCITA COMMUNITY IMPROVEMENT ASSOCIATION, INC.,
Appellee

_____

Today the Court heard its own motion to dismiss the duplicate appeal from the judgment signed by the court below on October 9, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**. The appeal of the same judgment filed under our case number 14-12-00982-CV remains pending.

We further order that all costs incurred by reason of this appeal be paid by appellant, G. Christian Corcoran and Peggy Corcoran, jointly and severally.

We further order this decision certified below for observance.